FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2022

No. 04-22-00372-CR

Miguel Angel **MEZA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2021CRC000830-D1
Honorable Honorable Jose  A. Lopez, Judge Presiding

# O R D E R

After we granted an extension of time to file the reporter's records, we set the records due on October 13, 2022.  *See* TEX. R. APP. R. 35.3(c).  Before the extended due date, court reporter Annette Escobar filed an additional request for an extension of time to file the records until November 1, 2022.

The reporter's request is granted.  Ms. Escobar's record is due on November 1, 2022.  *See id.* (limiting any extension in an ordinary appeal to thirty days).

If Ms. Escobar is unable to file the completed record by November 1, 2022, any further request for additional time to file the record will need to be accompanied by a signed, written status report.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court